Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC )
  )
    Plaintiff,   vs. ) Case No.: 2:10-CV-06740-WDK-FMO
 )
JUAN RODRIGUEZ,  et al, ) **RENEWAL OF JUDGMENT**
 ) **BY CLERK**
    Defendant, )
 )

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Juan Rodriguez, an individual d/b/a Mariscos Puerto Vallarta Mexican Food & Seafood; Maria Concepcion Rodriguez, an individual d/b/a Mariscos Puerto Vallarta Mexican Food & Seafood, entered on June 7, 2011, be and the same is hereby renewed in the amounts as set forth below:

    Renewal of money judgment

| | | |
|---|---|---:|
| a. | Total judgment | $ 2,180.00 |
| b. | Costs after judgment | $ 00.00 |
| c. | Subtotal *(add a and b)* | **$ 2,180.00** |
| d. | Credits | $ 00.00 |
| e. | Subtotal *(subtract d from c)* | **$ 2,180.00** |
| f. | Interest after judgment(.18%) | $ 38.98 |
| g. | Fee for filing renewal of application | $ 00.00 |
| **h.** | **Total renewed judgment (add e, f and g)** | **$ 2,218.98** |

Dated: May 12, 2021     Deputy  CLERK, by  *Sharon Hall Brown*
                                                        Deputy